IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRACY FREEMAN                                                                                        PLAINTIFF

vs.                                                                          CASE NO. 5:19CV17-DCB-MTP

JUGHEAD'S FISH FRY, LLC, *et al.*                                                          DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before this Court on the motion *ore tenus* of the Plaintiff, Tracy Freeman, and the Defendants Jughead's Fish Fry, LLC and Alton J. Hall, Sr., Individually (hereinafter collectively "Defendants"), with all parties appearing though counsel and whose signatures are affixed below in acknowledgement and approval hereof, the parties inform and represent to this Court that all issues have been resolved and none remain for adjudication, and therefore the parties respectfully request this Court's adoption, execution and filing of this Agreed Order of Dismissal With Prejudice in this action;

And this Court, having considered as said motion *ore tenus* of the parties finds that said motion is well-taken and should be sustained.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that, with respect to any and all claims of the Plaintiff as pled in this action against the Defendants are hereby fully and finally discharged from this action, and that Plaintiff's Complaint, and any amended versions thereof, and all causes of action therein pled or asserted, are hereby finally and forever dismissed <u>with prejudice</u>, with each party to bear their respective costs in this action, with this Court retaining jurisdiction to enforce the terms of the Settlement Agreement executed by the parties.

**SO ORDERED AND ADJUDGED**, this  6th  day of April, 2020.


s/David Bramlette
**UNITED STATES DISTRICT JUDGE**


**AGREED**:

/s/ Christopher W. Espy
Christopher W. Espy, Esq., MSB #102424
CHRISTOPHER W. ESPY,
ATTORNEY AT LAW, PLLC.
P.O. Box 13722
Jackson, MS 39236-3722
Tel.: (601) 812-5300
Fax: (601) 500-5719
Email: chris.espy@espylawpllc.com

ATTORNEY FOR PLAINTIFF

AGREED TO BY:

/s/ Dennis L. Horn
Dennis L. Horn, Esq.
HORN & PAYNE, PLLC
P.O. Box 2754
Madison, Mississippi 39130-2754
Tel.: (601) 853-6090
Fax: (601) 853-2878
Email: hornpayne@gmail.com

ATTORNEY FOR DEFENDANTS